AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03CR307 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 18750-047 |
| | ) | |
| DALE M. BROWN | ) | SHANNON P. O'CONNOR |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 12/20/2004 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 108 months is reduced to 84 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 31 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

✓ Other (explain): Previous sentence imposed per Rule 11(c)(1)(C) plea agreement for 108 months with the understanding that Defendant would not be sentenced as a career criminal. The parties have stipulated (Filing No. 85) to the 84-month sentence.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated December 20, 2004 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 25th day of July, 2008
Effective Date: Friday, August 8, 2008

s/ Laurie Smith Camp
United States District Judge