IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:03CR307 |
| vs. | |
| DALE M. BROWN, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's motion for a copy of his criminal case file (Filing No. 129), including the docket sheet, plea agreement, and statement of reasons. The defendant requests a waiver of fees associated with the costs of the copies. The Court sentenced the defendant on July 27, 2004 (Filing No. 51 and 53). At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of these filings and to pay the costs of the same. The defendant may not obtain a copy of the Statement of Reasons without a Court Order, as the document is sealed.

THEREFORE, IT IS ORDERED that the defendant's Motion for Copies and to waive such costs [129] is denied.

Dated this 31st day of January, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge